**The relief described hereinbelow is SO ORDERED**

**Done this 9th day of October, 2026.**

**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| In re:<br><br>**DUSTIN MARCHAND** and<br>**RENEE MARCHAND**,<br><br>Debtors. | Case No. 21-31403<br><br>Chapter 7 |

**ORDER GRANTING DEBTORS' MOTION TO AVOID JUDICIAL LIEN OF LONE STAR INDUSTRIES, INC. D/B/A BUZZI UNICEM USA PURSUANT TO 11 U.S.C. §§ 522(f) AND 524(a)**

This matter came before the Court on the Debtors' Motion to Avoid Judicial Lien of Lone Star Industries, Inc. d/b/a Buzzi Unicem USA Pursuant to 11 U.S.C. §§ 522(f) and 524(a) (Doc. No. 74) (the "Motion"), filed by Debtors Dustin Marchand and Renee Marchand (the "Debtors"). The Motion was served with notice pursuant to M.D. Ala. LBR 9007-1. Lone Star Industries, Inc. d/b/a Buzzi Unicem USA ("Lone Star"), through its undersigned counsel, has consented to the relief requested in the Motion and as set forth in this Order, as evidenced by counsel's signature below. Having considered the Motion, the consent of Lone Star, and the record in this case, and for good cause shown, it is hereby

**ORDERED, ADJUDGED, and DECREED as follows:**

1. The Motion is **GRANTED**, with the consent of Lone Star, as set forth herein.

2. The judicial lien of Lone Star arising from the Certificate of Judgment entered in Lone Star Industries, Inc. d/b/a Buzzi Unicem USA v. Southern Concrete Co., et al., Case No. CV-2020-900016.00, Circuit Court of Crenshaw County, Alabama, in the amount of $94,379.28 plus $471.12 in court costs, and recorded in the Office of the Judge of Probate of Crenshaw County, Alabama, on November 17, 2020 (JUDG U 828) (the "Judicial Lien"), is **AVOIDED** in its entirety, is null and void, and is of no further force or effect as to each of the following properties, all located in Crenshaw County, Alabama:

(a) 1689 Glenwood Road, Luverne, Alabama 36049;

(b) 1735 Glennwood Road, Luverne, Alabama 36049; and

(c) Lots 5-6, Block A-8, Supplement to the Luverne Land Company Plat, Church Classroom Building Only (Deed Book 196, Page 259, Instrument No. 73483).

3. The Judicial Lien is **AVOIDED** as to the real property located at 141 Forest Avenue North, Luverne, Alabama 36049, Crenshaw County, Alabama (the "Forest Avenue Property"), pursuant to 11 U.S.C. § 522(f), only to the extent of $88,550.40. The Judicial Lien is reduced to, and shall continue to attach to and encumber the Forest Avenue Property in, the amount of $6,300.00.

**### END OF ORDER ###**

**Prepared and submitted by:**

Anthony Brian Bush
The Bush Law Firm, LLC
Parliament Place Professional Center
3198 Parliament Circle, Suite 302
Montgomery, Alabama 36116
Phone: (334) 263-7733
Email: abush@bushlegalfirm.com

Attorney for the Debtors

**Submitted with the consent of:**

*/s/ A. Patrick Dungan*
A. Patrick Dungan
Adams and Reese LLP
P.O. Box 1348
Mobile, Alabama 36633
Patrick.dungan@arlaw.com
*Counsel for Lone Star Industries, Inc.*
*d/b/a Buzzi Unicem USA*